Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>10616 PICO, LLC, a California limited liability company; and DOES 1-10,<br><br>　　Defendants. | Case No. 2:21-cv-00166-VAP-AGR<br><br>Hon. Virginia A. Phillips<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT 10616 PICO, LLC**<br><br>Date:　　　May 17, 2021<br>Time:　　　2:00 p.m.<br>Courtroom: 8A |

To Defendant 10616 Pico, LLC, and its attorney of record: Please take notice that on May 17, 2021, at 2:00 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Courtroom 8A, 8th Floor, Los Angeles, CA 90012. Plaintiff James Shayler will present his application for default judgment against Defendant 10616 Pico, LLC. The Clerk has previously entered the default on Defendant 10616 Pico, LLC, on March 12, 2021.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant 10616 Pico, LLC is not a minor or incompetent person or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendant has not responded in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment directing the Defendants to: provide within one hundred eighty (180) days accessible parking, compliant signage regarding accessible parking, an accessible entrance, complaint signage regarding an accessible entrance, an accessible route of travel within the property lines connecting the designated disabled parking space to an accessible entrance, an accessible route of travel connecting the designated disabled parking space to the public sidewalk, an accessible route of travel connecting the public sidewalk to an accessible entrance, compliant directional signage showing the accessible route of travel to the nearest accessible entrance at the property located at or about 10616 W Pico Blvd, Los Angeles, CA 90064. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original application for default judgment by court was served on 10616 Pico, LLC, on April 8, 2021, by first class United States Mail, postage prepaid.

Dated: April 15, 2021                THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                           By: /s/Anoush Hakimi
                                                  Anoush Hakimi, Esq.
                                                  Attorneys for Plaintiff James Shayler