**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant 10616 Pico, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**James Shayler**,

        *Plaintiff*,

v.

**10616 Pico, LLC**, a California Limited Liability Company; and DOES 1-10,

        *Defendants*.

Case No. 2:21-cv-00166-VAP-AGR

**DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**(DOC. 16)**

Defendant 10616 PICO, LLC ("**Defendant**") herewith requests permission of this Court to submit supplemental material in response to Plaintiff's application for default judgment consisting of video and photographs just received strongly suggesting if not demonstrating the falsity of Plaintiff's claim of qualifying disability indispensable to the basis for invoking this Court's jurisdiction, Plaintiff's assertion of standing, and the claimed entitlement to any of the relief requested.

The evidence was not known to Defendant or its counsel prior to August 12, 2021 and could not have been discovered by reasonable investigation.

The videos are excerpted from video surveillance files dated July 14, 2021 for a business located at 4803 Melrose Avenue, Los Angeles, CA 90029 that was

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

1
DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL

the subject of an action commenced on behalf of James Shayler, the same plaintiff in this Action. That action was commenced when the verified complaint was filed on July 28, 2021.[1] Counsel for Defendant was unaware of the existence of the videos until an inquiry was made, a search conducted, and the videos discovered.

The supplemental material requested to be submitted and considered by this Court consists of the following:

| Plaintiff's Claim | Evidence Proffered | Exhibit |
|---|---|---|
| Plaintiff "has difficulty walking and standing and relies on a cane and walker for mobility." Complaint (Doc. 1) at ¶1 / 2:11-12. | Screen shots of video of Plaintiff walking without assistance of any mobility assistive device (cane, walker, wheelchair). | Exh. 1, Photo 1:1, 1:8, 1:10-13; Exh. 2, Photo 2:1-3, 2:6; Exh. 3, Photo 3:1-3, 3:5-8 |
| Plaintiff has "difficulty walking and standing and rel[ies] on a cane or walker for mobility." Declaration (Doc. 16-2) at ¶3 / 2:24-26. | | |
| "Plaintiff is substantially limited in performing one or more major life activities, including but not limited to: walking, standing, and ambulating. As a result of his impairments, Plaintiff often relies upon mobility devices, including at times a wheelchair, to ambulate." | Verified Complaint, *James Shayler v. Melrose Herman-Frankel, LLC*, Los Angeles Superior Court Case No. 21STCV27674 (filed 7/28/2021). | Exh. 4 See Exh. 1, Photo 1:1, 1:8, 1:10-13; Exh. 2, Photo 2:1-3, 2:6; Exh. 3, Photo 3:1-3, 3:5-8 |

---

[1] Complaint, *James Shayler v. Melrose Herman-Frankel, LLC*, Los Angeles Superior Court Case No. 21STCV27674.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

| **Plaintiff's Claim** | **Evidence Proffered** | **Exhibit** |
|---|---|---|
| Plaintiff has "a pinched sciatic nerve that runs down my lower back and down my left leg." Declaration (Doc. 16-2) at ¶3 / 2:15-16 | Screen shots of video of Plaintiff bending over while reaching, lifting, and turning objects. | Exh. 1, Photo 1:2-7, 1:9, 3:9-15 |
| Plaintiff has "spinal arthritis, spinal stenosis, spondylosis, and a herniated disk. I experience severe back pain on a regular basis." Declaration (Doc. 16-2) at ¶3 / 2:20-23 | | |
| Plaintiff "also suffered an injury that required surgery and the resulting surgery left him with very little use of his **_left arm_**." Complaint (Doc. 1) at ¶1 / 2:12-13) (emphasis added) | Screen shots of video of Plaintiff's use of left arm and hand including lateral and oblique extension and rotation. | Photo 1:3, 1:6-7, 2:3-4, 2:8-13, 3:3, 3:5-6, 3:9-15 |
| I also suffered an injury back when I was a firefighter that required surgery on my right arm. I have limited use of my **_right arm and hand_**. I cannot put much pressure on my right arm and hand. **_My right hand has atrophied_**. Declaration (Doc. 16-2) at ¶3 / 2:26-3:1 (emphasis added) | Screen shots of video of Plaintiff's use of right arm and hand including lateral and oblique extension and rotation and fine object manipulation. | Photo 1:4-10, 2:5, 2:7-13, 3:3-6, 3:9-15 |

This Court is further request to set an evidentiary hearing on the matter of whether Plaintiff's submissions in support of his application for default judgment constitute a fraud upon this Court.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

3
DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL

Dated: August 12, 2021     LAW OFFICES OF STEPHEN ABRAHAM

By:    /s/ Stephen E. Abraham
     Stephen E. Abraham
     Attorney for Defendant

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

4
DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL