**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8408
Facsimile: (714) 852-3366

Attorney for Defendant 10616 Pico, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Shayler**, | Case No. 2:21-cv-00166-VAP-AGR |
| *Plaintiff*, | **DECLARATION OF AMER NACKOUD IN SUPPORT OF DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| *v.* | |
| **10616 Pico, LLC**, a California Limited Liability Company; and DOES 1-10, | |
| *Defendants*. | **(DOC. 16)** |

I, Amer Nackoud, declare:

1.     All the statements contained herein are made and based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2.     I am the owner and operator of the market located at 4803 Melrose Ave., Los Angeles, CA 90029, Melrose Liquor Market.

3.     I understand that the market is the subject of a lawsuit filed in the Los Angeles Superior Court, *James Shayler v. Melrose Herman-Frankel, LLC*, Los Angeles Superior Court Case No. 21STCV27674.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8408

1

NACKOUD DECL ISO DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL

4.     In the ordinary course of operating my business, I maintain a security camera system that includes interior and exterior cameras and a recording system that is accessible remotely.

5.     The date and time stampings on recordings accurately reflect the date and time reflected in the video.

6.     On August 12, 2021, I was requested to provide remote access to the system for review of security video from July 14, 2021. I provided access for that limited purpose.

7.     I recognize the screenshots at Exhibits 1 through 3 as being from video of the market from July 14, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on August __13__, 2021 at ___Los Angeles___, California.

_____
Amer Nackoud (Aug 13, 2021 17:24 PDT)

Amer Nackoud

Stephen E. Abraham
—— LAW OFFICES ——
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

NACKOUD DECL ISO DEFENDANT'S REQUEST TO SUBMIT SUPPLEMENTAL MATERIAL