JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>10616 Pico, LLC et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00166-VAP-AGRx<br><br>**Default Judgment**<br>**(Dkt. 16)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of James Shayler.

Pursuant to this Default Judgment, the Court awards Plaintiff the requested injunctive relief.

**IT IS SO ORDERED.**

Dated:　　9/28/21

　　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　United States District Judge

1